## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Rayshan Watley,
    Plaintiff

v.                                  Case No.  1:01-cv-222

Mona Parks, et al.,
    Defendants

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 9, 2013 (Doc. 57).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Plaintiff's motion to vacate the Court's prior order regarding the payment of fees (Doc. 56) is **DENIED**.

Date: July 30, 2013                                  s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Senior Judge
                                                          United States District Court